DORA PINES, Plaintiff, v. JOHN W. HEASLIP et al.,
Defendants.

(Supreme Court, Kings Special Term for Motions, January, 1917.)*

Costs — when trial fee may be taxed — cost of title company's search
fixed by statute — Code Civ. Pro. § 3256.

> Where an infant by his guardian interposes an answer in
> an action to foreclose a lien and proof is taken upon the hear-
> ing, a trial fee may be taxed in the plaintiff's bill of costs, and
> the expense of title company searches not including charges
> for an examination of the title to the property may be taxed
> as a disbursement as fixed by section 3256 of the Code of Civil
> Procedure.

MOTION for a retaxation of costs.

Austin & McKown (Thomas F. Thornton, of coun-
sel), for motion.

Theodore I. Schwartzman, opposed.

CROPSEY, J.   Motion to retax bill of costs in action
to foreclose a tax lien.   Objection is made to two items
taxed by the clerk, viz., $30 for a trial fee and $115
for searches.   An answer had been interposed on
behalf of an infant through his guardian, and there
was a hearing as provided by law, and proof was
taken.   This is a trial within the meaning of the sec-
tion of the Code allowing a trial fee.   *Roosevelt* v.
*Schermerhorn,* 32 Misc. Rep. 287; *Wandell* v. *Hirsch-
feld,* 40 id. 527.   Section 3256 of the Code of Civil Pro-
cedure provides that the expenses of searches made by
title companies in counties in which the office of the
clerk or register is a salaried one may be taxed as a dis-
bursement.   Only such fees can be taxed for searches as
the statute permits.   *Friedman* v. *Borchardt,* 161 App.

* Received too late for insertion in proper place and reported
upon request.— [REPR.

Div. 672. The section just referred to provides that the title company searches shall be taxed " at rates not exceeding the rates of similar official searches." This provision for searches is not intended to cover the charges for examination of the title to the property. *Pines* v. *Consolidated Briarwood Estates,* 106 Misc. Rep. 450. The fee for this search can be taxed, and is allowed. The amount of it, however, is not the charge made by the title company, but that fixed by statute. That can be computed by the attorneys, and an order submitted retaxing this item at the correct amount. A similar disposition was made of a like question by Mr. Justice Manning in *Kellar* v. *Day,* N. Y. L. J., Oct. 6, 1916.

Ordered accordingly.